STATE of Missouri, Respondent,

v.

Eric H. WILLIAMSON, Appellant.

No. WD 54447.

Missouri Court of Appeals,
Western District.

June 2, 1998.

Motion for Rehearing and/or Transfer to Supreme Court July 28, 1998.

Application to Transfer Denied
Sept. 22, 1998.

Irene Karns, Asst. Appellate Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Eric H. Williamson appeals the circuit court's judgment of his jury convictions and sentences for two counts of second degree

assault, § 565.060, RSMo 1994, and one count of unlawful use of a weapon, § 571.030, RSMo 1994.

Affirmed. Rule 30.25(b).